[No. 3291-4-III. Division Three. March 11, 1980.]

PACIFIC GAMBLE ROBINSON COMPANY, INC., *Appellant,*
v. PAT SIME, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 32647, Albert J. Yencopal, J., entered February 5, 1979. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green, C.J., and Munson, J.

[No. 3312-II. Division Two. March 12, 1980.]

*In the Matter of the Marriage of* NANCY DAWN MCDANIEL *and* JAMES LEE MCDANIEL.

Appeal from a judgment of the Superior Court for Pierce County, No. 257180, Paul M. Boyle, J. Pro Tem., entered January 9, 1978. *Affirmed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Reed, C.J., and Petrie, J.

[No. 3869-II. Division Two. March 12, 1980.]

THE TOWN OF FORKS, *Respondent,* v. GREGORY K. THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 4835, Gerald B. Chamberlin, J., entered December 14, 1978. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Pearson and Petrie, JJ.

[No. 3058-0-III. Division Three. March 13, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. RUDY GONZALES DELAROSA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 77-1-00597-4, Walter A. Stauffacher, J., entered August 30, 1978. *Affirmed* by unpublished opinion per Roe, J., concurred in by Munson and McInturff, JJ.